UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YVONNE DILLARD, individually and
on behalf of those similarly situated,            JUDGMENT

                Plaintiff,            19-CV-968(KAM)(RER)

   v.

FBCS, INC.,

                Defendant.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on August 24, 2020, granting defendant's motion to dismiss; and dismissing plaintiff's case in its entirety; it is

      ORDERED and ADJUDGED that defendant's motion to dismiss is granted; that plaintiff's case is dismissed in its entirety; and that judgment is hereby entered in favor of defendant.

Dated: Brooklyn, New York                           Douglas C. Palmer
       August 25, 2020                             Clerk of Court

                                                 By:   */s/Jalitza Poveda*
                                                        Deputy Clerk